UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

FILED
OCT - 7 2015
U.S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) No. **4:15CR00451 ERW/JMB** |
| TERRY D. ATERS JR., | ) |
| Defendant. | ) |

## INDICTMENT

### COUNT I

The Grand Jury charges that:

At some time unknown to the Grand Jury but by at least April 2013 and continuing until at least November 2014 in the Eastern District of Missouri, the defendant herein,

**TERRY D. ATERS JR.,**

while an officer, that is, treasurer of United Steelworkers Local 7686, a labor organization engaged in an industry affecting commerce, did embezzle, steal and unlawfully and willfully abstract and convert to his own use the money, funds, property, and other assets of said labor organization in the approximate amount of $153,434.

In violation of Title 29, United States Code, Section 501(c).

A TRUE BILL.

_____
FOREPERSON

RICHARD G. CALLAHAN
United States Attorney

_____
Dianna R. Collins, #59641
Assistant United States Attorney